Eastern District of Kentucky
FILED

JUL 6 - 2006

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 05-11-JGW

STEPHEN R. JONES,     PLAINTIFF

V.

INGRAM BARGE COMPANY, et al.,     DEFENDANTS

## MEMORANDUM ORDER

This case was dismissed with prejudice on June 19, 2006 pursuant to the joint motion of the parties. A post-settlement dispute thereafter ensued concerning the release signed by plaintiff's counsel on behalf of his client.

Although no formal hearing was held, both parties contacted the staff of the undersigned magistrate judge to alert the court to the existence of the dispute; counsel agreed that they could resolve the dispute without the necessity of a formal hearing. The court advised the parties that if they were unable to resolve their dispute, they could file appropriate motions, whether to set aside the settlement, or to enforce it.

During the course of notifying the court of the dispute and counsel's own resolution of it, defense counsel mailed a check for the settlement proceeds, made out to plaintiff, to the office of the undersigned magistrate judge. The check was

received by chambers on June 28, 2006 but was not docketed of record. On July 5, 2006, the parties filed a joint motion reflecting that their dispute has now been fully resolved and seeking release of the settlement funds to plaintiff's counsel.

Accordingly, **IT IS ORDERED THAT:**

1. The parties' joint motion [DE #79] is **granted**;

2. The record shall reflect that the check forwarded to the chambers of the undersigned magistrate judge and received on June 28, 2006 was mailed to plaintiff's counsel this same date.

This 6th day of July, 2006.



Signed By:
*J. Gregory Wehrman*
United States Magistrate Judge